UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA  :

           :  MAGISTRATE NO. 12-2516(DEA)

           :

v.

           :  ORDER

WILLIE F. SIMPSON        :

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this __19th__ day of __JUNE__, 2012,

ORDERED that __ANDREA BERGMAN__ [~~DAVE SCHAFER~~] from the Office of the Federal Public Defender for the District of New Jersey is hereby appointed to represent said defendant in the cause until further order of the Court.

                 _/s/ Douglas E. Arpert_
                 Douglas E. Arpert
                 United States Magistrate Judge