UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Honorable Douglas E. Arpert |
| v. | Mag. No. 12-2516 |
| WILLIE F. SIMPSON | **DETENTION ORDER** |

RECEIVED JUN 21 2012 DOUGLAS E. ARPERT U.S. MAGISTRATE JUDGE

This matter having been opened to the Court on motion of the United States, by Paul J. Fishman, United States Attorney for the District of New Jersey (Fabiana Pierre-Louis, Assistant United States Attorney, appearing), in the presence of Andrea Bergman, Assistant Federal Public Defender, attorney for defendant Willie F. Simpson, for an order pursuant to Title 18, United States Code, Section 3142(e) to detain defendant without bail pending the trial in the above-entitled matter, and defendant having consented to detention, without prejudice, pending the trial in this matter:

IT IS, therefore, on this \_\_\_21st\_\_\_ day of June 2012,

ORDERED, pursuant to Title 18, United States Code, Section 3142, that defendant Simpson be committed to the custody of the Attorney General or his authorized representative pending the trial in the above-entitled matter; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that defendant Simpson be afforded reasonable opportunity for private consultations with counsel; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that, upon order of this or any other court of the United States of competent jurisdiction or on request of an attorney for the United States, defendant Simpson shall be delivered to a United States Marshal for the purpose of appearances in connection with court proceedings; and it is further

ORDERED that the motion of the United States for an order detaining defendant Simpson without bail pending the trial in this matter is hereby granted, and defendant Simpson is hereby ordered detained pending the trial in the above-entitled matter.

_____
HONORABLE DOUGLAS E. ARPERT
United States Magistrate Judge