

RECEIVED
AUG 24 2012
DOUGLAS E. ARPERT
U.S. MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Douglas E. Arpert |
| | : | |
| v. | : | Crim. No. 12-2516 |
| | : | |
| | : | CONTINUANCE ORDER |
| WILLIE F. SIMPSON | : | |

This matter having come before the Court on the joint
application of Paul J. Fishman, United States Attorney for the
District of New Jersey (by Fabiana Pierre-Louis, Assistant U.S.
Attorney), and defendant Willie F. Simpson (by Andrea Bergman,
Assistant Federal Public Defender, attorney for defendant), for
an order granting a continuance of the proceedings in the above-
captioned matter for a period of 60 days; and two continuances
having previously been granted by the Court pursuant to Title 18,
Unites States Code, Section 3161(h)(7)(A); and the defendant
being aware that he has the right to have the matter submitted to
a grand jury within 30 days of the date of his arrest pursuant to
Title 18, United States Code, Section 3161(b); and as the
defendant has consented to such a continuance for a period of 60
days, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should
be continued for the following reasons:

1.    Plea negotiations are currently in progress, and
the United States and defendant desire additional time to

negotiate a plea agreement, which would thereby render trial of this matter unnecessary; and

      2.    Pursuant to Title 18, United States Code, Section 3161(h)(7)(A), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

      WHEREFORE, it is on this 24th day of August 2012,

      ORDERED that the proceedings scheduled in the above-captioned matter are continued for a period of 60 days from August 22, 2012 through and including October 20, 2012;

      IT IS FURTHER ORDERED that the period from August 22, 2012 through and including October 20, 2012 shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HONORABLE DOUGLAS E. ARPERT
United States Magistrate Judge

I hereby consent to the form
and entry of this Order.

_____
Fabiana Pierre-Louis
Assistant U.S. Attorney

_____
Nelson S.T. Thayer, Jr.
Attorney-in-Charge, Trenton
Office

_____
Andrea Bergman, APPD
Attorney for Defendant Willie F. Simpson

2